IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEMNI K. POINDEXTER,

    Petitioner,

vs.                              CASE NO. 3:05cv78-RS

JAMES B. CROSBY, JR.,

    Respondent.
_____/

## ORDER

This cause is before the Court upon the Magistrate Judge's Report and Recommendation dated December 19, 2005 (Doc. 16).

IT IS ORDERED:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is dismissed with prejudice.

3.     The clerk is directed to close the file.

ORDERED on January 20, 2006.

                                            /S/ Richard Smoak
                                            RICHARD SMOAK
                                            UNITED STATES DISTRICT JUDGE